IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BOBBY ALEXANDER, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 4:14-cv-380-O |
| BUDGET SUITES OF AMERICA, | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge except to the extent the Magistrate Judge recommends dismissal *with* prejudice.[1] Accordingly, this case is **DISMISSED without prejudice** for lack of subject matter jurisdiction.

**SO ORDERED** on this **16th day** of **July, 2014.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

---

[1] *See, e.g.*, *In re Great Lakes Dredge & Dock Co.*, 624 F.3d 201, 209 (5th Cir. 2010) (noting if court finds it lacks subject matter jurisdiction, it should dismiss without prejudice).